Case: 1:22-cv-06011 Document #: 4 Filed: 11/01/22 Page 1 of 2 PageID #:121
Case 2:22-cv-01300 Doc. #: 14 Filed: 11/01/22 Page 1 of 2 Page ID #:121

FILED: 11/01/2022
Judge John R. Blakey
Magistrate Judge Heather K. McShain
Lead case Number: 1:21-cv-4447
nsf

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ N. FINLEY-RHODES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
November 1, 2022

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SERESTO FLEA AND TICK COLLAR
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                                MDL No. 3009

(SEE ATTACHED SCHEDULE)

**FILED**
Nov 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On August 11, 2021, the Panel transferred 11 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __ F.Supp.3d __ (J.P.M.L. 2021). Since that time, 4 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John Robert Blakey.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Blakey.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 11, 2021, and, with the consent of that court, assigned to the Honorable John Robert Blakey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 01, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: SERESTO FLEA AND TICK COLLAR
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                                MDL No. 3009

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | **CALIFORNIA EASTERN** | | | |
| 22cv6011 | CAE | 2 | 22−01628 | Mohamed v. Bayer HealthCare LLC et al |
| | **FLORIDA MIDDLE** | | | |
| 22cv6012 | FLM | 8 | 22−02183 | Trotter v. Bayer Healthcare LLC et al |
| | **FLORIDA SOUTHERN** | | | |
| 22cv6014 | FLS | 1 | 22−22904 | Bullard v. Bayer Healthcare, LLC et al |
| | **INDIANA SOUTHERN** | | | |
| 22cv6016 | INS | 1 | 22−02003 | SHANNON v. BAYER HEALTHCARE LLC et al |
| | **NEW YORK NORTHERN** | | | |
| 22cv6017 | NYN | 5 | 22−00963 | Miller v. Bayer Healthcare LLC, et al |
| | **OHIO NORTHERN** | | | |
| 22cv6018 | OHN | 4 | 22−01657 | Hitt et al v. Bayer Healthcare LLC et al |
| | **VIRGINIA WESTERN** | | | |
| 22cv6019 | VAW | 2 | 22−00020 | Ruley et al v. Bayer Healthcare LLC et al |